**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

PACEM IP HOLDINGS LLC,

Plaintiff,

vs.

SUNCO LIGHTING,

Defendant.

Case No. 2:25-cv-09704-MWC-BFM

**ORDER DISMISSING CASE WITH PREJUDICE (DKT. 64)**

**JS-6**

Having reviewed and considered the parties' Stipulation of Dismissal with Prejudice, *see* Dkt. # 64, the Court **DISMISSES** the action in its entirety **WITH PREJUDICE** as to all parties, claims, counterclaims, and causes of action. Each party shall bear its own costs and attorneys' fees. The Court retains jurisdiction to enforce the terms of the parties' settlement agreement.

This Order closes the case. [JS-6]

**IT IS SO ORDERED.**

Dated: July 17, 2026

HON. MICHELLE WILLIAMS COURT
United States District Judge